### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| DONALD DIXON, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 5:25-cv-01016-G |

### <u>MOTION FOR ADMISSION *PRO HAC VICE* OF ANNE C. McNAMARA</u>

Amelia Rae Ridgeway hereby requests, pursuant to LCvR83.3(b), that the Court allow Anne C. McNamara to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. in this case.

Amelia Rae Ridgeway hereby declares:

I am an active member in good standing of the bar of the Supreme Court of the State of Oklahoma (State Bar No. 36905) and I am admitted to practice law in this Court. I hereby certify that Anne C. McNamara, of the firm Goodwin Procter, is a member in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts. I submit the Request for Admission *Pro Hac Vice* of Anne C. McNamara, attached hereto as Exhibit 1, so that she may appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. in this action.

WHEREFORE, I hereby request that the Court grant this Motion allowing Anne C. McNamara to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc.

I declare under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct.

Dated:   June 23, 2026                     Respectfully submitted,

s/ *Amelia Rae Ridgeway*
Amelia Rae Ridgeway, OBA #36905
Jimmy K. Goodman, OBA #3451
Crowe Dunlevy
A Professional Corporation
Braniff Building
324 North Robinson Ave., Ste. 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
amy.ridgeway@crowedunlevy.com
jimmy.goodman@crowedunlevy.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2026, the foregoing document was filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all

registered recipients.

*s/ Amelia Rae Ridgeway*