THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| DONALD DIXON <br>      **Plaintiff,** <br> <br> **v.** <br> <br> **EXPERIAN INFORMATION SOLUTIONS,** <br> **INC., TRANS UNION, LLC, EQUIFAX** <br> **INFORMATION SERVICES, LLC,** <br>      **Defendants.** | ) <br> ) <br> ) <br> )  **Case No.** <br> )     **5:25-cv-01016-G** <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
HIS RESPONSE TO DEFENDANTS' JOINT MOTION FOR JUDGMENT ON
THE PLEADINGS**

Plaintiff Donald Dixon respectfully submits this Notice of Supplemental Authority pursuant to LCvR 7.1(l).

1. On June 22, 2026, Plaintiff filed his Response to Defendants' Joint Motion for Judgment on the Pleadings. ECF No. 61.

2. The next day, on June 23, 2026, the United States District Court for the Southern District of Texas entered a Memorandum and Order in Caleb v. Equifax Information Services, LLC, No. 4:26-cv-00197, Doc. 24 (S.D. Tex. June 23, 2026), denying Equifax's motion to dismiss under Rules 12(b)(1) and 12(b)(6) in a Fair Credit Reporting Act case involving allegations that Equifax failed to clearly and accurately

disclose information in the plaintiff's consumer file under 15 U.S.C. § 1681g. A copy of the order is attached as Exhibit 1.

3. Plaintiff submits Caleb as supplemental authority relevant to the arguments already raised in his Response concerning Article III standing, the scope of a consumer's "file" under § 1681g, the sufficiency of account-specific allegations of omitted or incomplete account information at the pleading stage, and the pleading-stage treatment of disputes over omitted file information.

Respectfully submitted:

**Law By JW, LLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: _____
JEFFREY A. WILSON

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, June 24, 2026, the foregoing document was served on all required parties via the ECF system.

/s/ Jeffrey A. Wilson_____
Jeffrey A. Wilson

2