# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONALD DIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-1016-G |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No. 62) filed on June 23, 2026, in support of the Request for Admission Pro Hac Vice signed by attorney Anne C. McNamara, and hereby PERMITS Attorney McNamara to appear as counsel of record in this matter for Defendant Experian Information Solutions, Inc.[1]

On or before July 9, 2026, Attorney McNamara shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorney McNamara is ADVISED that failure to timely comply with this requirement will result in vacatur of this Order and denial of the Request for Admission Pro Hac Vice.

IT IS SO ORDERED this 25th day of June, 2026.

CHARLES B. GOODWIN
United States District Judge

---

[1] The docket reflects that the required fee has been paid. *See* LCvR 83.2(g).