**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DONALD DIXON, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) Case No. 5:25-cv-01016-G |
| EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Experian Information Solutions, Inc. .
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Anne C. McNamara                6/30/2026
Signature                          Date

Anne C. McNamara
Print Name

Goodwin Procter LLP
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

100 Northern Ave.
Address

Boston            MA            02210
City              State         Zip Code

(617) 570-1967
Telephone

AMcNamara@goodwinlaw.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

✔ I hereby certify that on June 30, 2026 , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.


I hereby certify that on , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:


s/ Anne C. McNamara

s/ Attorney Name